# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

VICTORIA LOVETT, individually and on behalf of all others similarly situated,
    Plaintiff,

v.

CONTINUED.COM, LLC,
    Defendant,

:
:  Case No.:1:24-cv-00590-DRC
:
:  District Judge: Douglas R. Cole
:
:  Magistrate Judge:

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Daniel J. O'Connor, Jr__, trial
(Name of Trial Attorney)

attorney for __Victoria Lovett__, in the above-referenced action, hereby moves the court to
(Name of Party)

admit __Elliot O. Jackson, Esq.__, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for __Victoria Lovett__.
(Name of Party)

Movant represents that __Elliot O. Jackson, Esq.__ is a member in good standing
(Name of PHV Attorney)

of the highest court of __Florida__ as attested by the accompanying certificate from that
(Name of State)

court and that __Elliot O. Jackson, Esq.__ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court.  This Motion is accompanied by the required filing fee

<u>Elliot O. Jackson, Esq.</u>'s relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone <u>305-357-2107</u>   Business fax <u>305--200-8801</u>

Business address <u>1395 Brickell Ave., Suite 610</u>

<u>Miami, Florida 33131</u>

Business e-mail address <u>ejackson@hedinllp.com</u>

_____
(Signature of Trial Attorney)
<u>1395 Brickell Ave. Suite 610</u>
(Address)
<u>Miami, Florida 33131</u>
(City, State, Zip Code)
<u>305-357-2107</u>
(Telephone Number)

Trial Attorney for <u>Plaintiff and Putative Class</u>
(Name of Party)

**(Please attach required Certificate of Service)**