# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| VICTORIA LOVETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CONTINUED.COM, LLC,<br><br>Defendant. | CASE No. 1:24-cv-00590<br><br>Judge Douglas R. Cole |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above was filed electronically on December 3, 2024. Notice of this filing will be sent to all parties through the Court's electronic filing system.

Respectfully submitted,

**O'CONNOR, HASELEY AND WILHELM, LLC**

/s/ Daniel J. O'Connor
Ohio Supreme Court No. 0091397
O'CONNOR, HASELEY AND WILHELM, LLC
470 West Broad Street, Suite 15,
Columbus, OH 43215
Telephone: (614)246-8840
doconnor@goconnorlaw.com

*Counsel for Plaintiff and Putative Class*