**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **VICTORIA LOVETT, individually and on behalf of all others similarly situated,** | : | **CASE NO. 1:24-cv-00590** |
| | : | |
| | : | **Judge Douglas R. Cole** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **NOTICE OF APPEARANCE** |
| | : | |
| **CONTINUED.COM, LLC,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

Dominic Bayer of Taft Stettinius & Hollister LLP hereby gives notice of his appearance as co-counsel on behalf of Defendant Continued.com, LLC.

Respectfully submitted,

*/s/ Dominic Bayer*
Beth A. Bryan (0082076)
Dominic Bayer (00104319)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Phone: (513) 381-0205
Fax: (513) 381-0205
bryan@taftlaw.com
dbayer@taftlaw.com

*Counsel for Defendant Continued.com, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above was filed electronically on December 24, 2024. Notice of this filing will be sent to all parties through the Court's electronic filing system.

*/s/ Dominic Bayer*