# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

| | |
|---|---|
| VICTORIA LOVETT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> CONTINUED.COM, LLC, <br><br> Defendant. | Case No. 1:24-cv-00590 <br><br> **District Judge: Hon. Douglas R. Cole** <br><br> **Magistrate Judge Stephanie K. Bowman** |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

Plaintiff Victoria Lovett respectfully seeks leave of Court to file the February 19, 2025 decision by the United States District Court for the Southern District of Florida, *Guereca v. Motorsport.tv Digital, LLC*, No. 1:24-CV-24066, ECF No. 30 (S.D. Fla. Feb. 19, 2025), as supplemental authority in further support of Plaintiff's Opposition to Defendant's Motion to Dismiss. Plaintiff could not have cited this authority previously because the decision was not rendered until February 19, 2025, which is after the briefing had closed. A copy of Plaintiff's Notice of Supplemental Authority and a copy of the *Guereca* opinion are attached as Exhibits A and B, respectively.

Respectfully submitted,

**HEDIN LLP**

Dated: February 27, 2025

*/s/ Elliot O. Jackson*
Elliot O. Jackson, pro hac vice
Florida Bar No. 1034536
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
ejackson@hedinllp.com

*and*

**O'CONNOR, HASELEY AND WILHELM, LLC**

Daniel J. O'Connor
Ohio Supreme Court No. 0091397
O'CONNOR, HASELEY AND WILHELM, LLC
470 West Broad Street, Suite 15,
Columbus, OH 43215
Telephone: (614)246-8840
doconnor@goconnorlaw.com

*Counsel for Plaintiff and Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notification of such filing to all parties of record.

/s/ *Elliot O. Jackson*