# EXHIBIT A

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

| | |
|---|---|
| VICTORIA LOVETT, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>CONTINUED.COM, LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:24-cv-00590<br><br>**District Judge: Hon. Douglas R. Cole**<br><br>**Magistrate Judge Stephanie K. Bowman** |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Victoria Lovett respectfully submits *Guereca v. Motorsport.tv Digital, LLC*, No. 1:24-CV-24066, ECF No. 30 (S.D. Fla. Feb. 19, 2025), as supplemental authority in further support of her Opposition to Defendant's Motion to Dismiss.

In *Guereca,* the plaintiff alleged that the defendant disclosed his "subscription and Private Viewing Information—including his FID, his purchase videos, the title of the prerecorded video materials he accessed and obtained from [d]efendant's website, and the URL where such video is available—to Meta during the applicable statutory period. . . ." (*Guereca*, ECF No. 1, Page 4.)  The district court cited this exact allegation and others to conclude that the plaintiff satisfied each element of his VPPA claim "by alleging that [d]efendant knowingly disclosed its consumers' personally identifiable information (PII) — including his own — to Meta via the Meta Pixel, and, further, that the disclosure was not authorized by section 2710(b)(2)."

The *Guereca* decision is relevant to (i) Plaintiff's argument that she adequately alleged "Defendant's disclosure of Plaintiff's "personally identifiable information" to Meta." (*see* Doc. 9 at PageIDs 65-68); and (ii) the persuasiveness of Plaintiff's contention that the "overwhelming majority of district courts" find similar allegations are sufficient (*see* Doc. 9 at PageID 68).

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 27, 2025

HEDIN LLP

*/s/ Elliot O. Jackson*
Elliot O. Jackson, pro hac vice
Florida Bar No. 1034536
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
ejackson@hedinllp.com
**O'CONNOR, HASELEY AND WILHELM, LLC**

Daniel J. O'Connor
Ohio Supreme Court No. 0091397
O'CONNOR, HASELEY AND WILHELM, LLC
470 West Broad Street, Suite 15,
Columbus, OH 43215
Telephone: (614)246-8840
doconnor@goconnorlaw.com

*Counsel for Plaintiff and Putative Class*

### CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notification of such filing to all parties of record.

*/s/ Elliot O. Jackson*