**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| VICTORIA LOVETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CONTINUED.COM, LLC,<br><br>Defendant. | Case No. 1:24-cv-00590<br><br>**District Judge: Hon. Douglas R. Cole** |

**PLAINTIFF'S NOTICE OF SUBSEQUENT AUTHORITY**

Plaintiff Victoria Lovett, by and through undersigned counsel, submits this Notice of Subsequent Authority in further support of her Response in Opposition to Defendant's motion to dismiss (Doc. 18). Plaintiff writes to inform this Court of *Haines v. Cengage Learning, Inc.*, No. 1:24-cv-710, ECF No. 26 (S.D. Ohio July 22, 2025), which was issued after Plaintiff Lovett filed her response to Defendant's motion to dismiss. In *Haines*, Judge McFarland adopted Chief Magistrate Judge Litkovitz's Report that recommended the denial of defendant Cengage Learning, Inc.'s motion to dismiss based on similar allegations as presented here. A copy of the *Haines* decision is attached as **Exhibit A**.

Dated: July 22, 2025

Respectfully submitted,

**O'CONNOR, HASELEY AND WILHELM, LLC**

/s/ Daniel J. O'Connor
Ohio Supreme Court No. 0091397
O'CONNOR, HASELEY AND WILHELM, LLC
470 West Broad Street, Suite 15,
Columbus, OH 43215
Telephone: (614)246-8840
doconnor@goconnorlaw.com

*and*

**HEDIN LLP**

Elliot O. Jackson, *pro hac vice*
Florida Bar No. 1034536
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
ejackson@hedinllp.com

*Counsel for Plaintiff and Putative Class*