## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| VICTORIA LOVETT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> CONTINUED.COM, LLC, <br><br> Defendant. | Case No. 1:24-cv-00590 <br><br> **District Judge: Hon. Douglas R. Cole** |

### NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.4(b), Elliot O. Jackson files this notice of substitution of counsel for Plaintiff based upon his acceptance of a clerkship with a U.S. Court of Appeals. Please take notice that Frank S. Hedin of Hedin LLP substitutes as counsel for Plaintiff in place of Elliot O. Jackson. Daniel J. O'Connor Jr. will continue to serve as trial attorney of record for Plaintiff.

Dated: December 31, 2025

Respectfully submitted,

By: */s/ Elliot O. Jackson (admitted pro hac vice)*

**HEDIN LLP**
Elliot O. Jackson
ejackson@hedinllp.com
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 31, 2025, a true copy of the foregoing was filed electronically.

*/s/ Elliot O. Jackson*