# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| VICTORIA LOVETT, individually and on behalf of all others similarly situated, | : | Case No. 1:24-cv-00590 |
| | : | |
| | : | Judge Douglas R. Cole |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | JOINT MOTION TO EXTEND TIME |
| CONTINUED.COM, LLC, | : | FOR DEFENDANT TO MOVE, |
| | : | ANSWER, OR OTHERWISE PLEAD |
| Defendant. | : | IN RESPONSE TO PLAINTIFF'S |
| | : | AMENDED COMPLAINT |

Under Local Rule 7.3(a), Plaintiff Victoria Lovett ("Plaintiff") and Defendant Continued.com, LLC ("Defendant") hereby move that Defendant shall have an extension of thirty days, up to and including May 11, 2026, in which to file an answer in response to Plaintiff's Amended Complaint (Doc. 16). Counsel for all parties have been consulted and no party opposes this Motion. No prior extension has been sought or granted for Defendant to respond to the Amended Complaint. This motion is not for purposes of delay and will prejudice neither party.

Respectfully submitted,

*/s/ Daniel J. O'Connor Jr. (per 4/2/26 email authorization)*
Daniel J. O'Connor, Jr.
O'Connor, Haseley and Wilhelm LLC
470 West Broad Street, Suite 15
Phone: (937) 638-6907
Fax: (937) 638-6907
doconnor@goconnorlaw.com

Elliot O. Jackson (pro hac vice)
Frank S. Hedin (pro hac vice)
Hedin LLP

*/s/ Beth A. Bryan*
Beth A. Bryan (0082076)
William E. Braff (0098773)
Taft Stettinius & Hollister LLP
301 E. Fourth Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 357-9716
Fax: (513) 381-0205
bryan@taftlaw.com
bbraff@taftlaw.com

*Attorneys for Defendant Continued.com, LLC*

1395 Brickell Ave., Suite 610
Miami, FL 33131
Phone: (305) 357-2107
ejackson@hedinllp.com
fhedin@hedinllp.com

*Attorneys for Plaintiff Victora Lovett*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above was filed electronically on April 3, 2026. Notice of this filing will be sent to all parties through the Court's electronic filing system.

*/s/ Beth A. Bryan*

3