**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **VICTORIA LOVETT, individually and on behalf of all others similarly situated,** | : | **Case No. 1:24-cv-00590** |
| | : | |
| **Plaintiff,** | : | **Judge Douglas R. Cole** |
| | : | |
| **v.** | : | |
| | : | |
| **CONTINUED.COM, LLC,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER FOR EXTENSION OF TIME**

Plaintiff Victoria Lovett and Defendant Continued.com, LLC jointly moved for an extension of time to file an answer to Plaintiff's Amended Complaint (Doc. 16). The Court, having reviewed the Motion and being duly advised, now grants the Motion.

IT IS ORDERED that Defendant shall file a responsive pleading to Plaintiff's Amended Complaint (Doc. 16) on or before May 11, 2026.

Date:_____

_____
UNITED STATES DISTRICT JUDGE