# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **VICTORIA LOVETT, individually and on behalf of all others similarly situated,** | : | **Case No. 1:24-cv-00590** |
| | : | **Judge Douglas R. Cole** |
| **Plaintiff,** | : | |
| **v.** | : | |
| | : | **DECLARATION OF ADAM FOX** |
| **CONTINUED.COM, LLC,** | : | |
| **Defendant.** | : | |

I, Adam Fox, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the following statements in this Declaration are true and correct:

1. I am the Chief Operating Officer of Continued.com, LLC ("Continued"). In this position, I have access to Continued's books and records, including its user records and administrative system. I make this Declaration on the basis of my personal knowledge and a review of Continued's relevant records, including its administrative system and user records.

2. Continued maintains activity records for all accounts that can access materials available on websites operated by Continued. Those records catalogue every instance a user views content on a website operated by Continued.

3. I have reviewed Continued's records for accounts associated with the name Victoria Lovett.

4. Two account IDs are associated with Victoria Lovett: SP-1595451 and SP-1245047. The latter account is a student account associated with a ".edu" e-mail address, which has not been active since April 2020.

5. Attached as Exhibit A to this Declaration are the results of searching Continued's administrative database reflecting all viewing activity and course data accessed by the user account SP-1595451, which is associated with Victoria Lovett, within the two years preceding October 16, 2024.

6. According to the search results from Continued's database attached as Exhibit A, Victoria Lovett viewed no prerecorded video content through her account in the two years preceding October 16, 2024.

7. The only activity associated with the user account SP-1595451, which is associated with Victoria Lovett, during that period relates to two live webinar registrations in January 2023. Continued's records state that the account did not view that live event.

Adam Fox

# Exhibit A

Copyright © 2026 SpeechPathology.com - All Rights Reserved

SPEECHPATHOLOGY.COM
a Continued family site

ADMIN / Events Members

# Events + Members Index / Search

All   Events+Members Actions   Missing Eval

## Current Search

**Member Id**
1595451

Victoria Lovett
Speech-Language Pathologist at Valdosta Pediatric Therapy Services
Valdosta, GA
#1595451 roselovettslp@gmail.com 2295606600

All Events for Member

**Member.id**
1595451
**Email**

MORE

## Search Filters

**1595451**

Event Id

(any Phase)

(any Status)

Last Action Take | Timeframe Start - Timeframe Stop

Search | CSV | Advanced | Clear

| Member Event | Report date | Register date role View date % Dur OTS Exam date grade attempts Eval date # Credit Credit date # | Misc Id Last Date Modified Expires Course |
|---|---|---|---|
| Victoria Lovett<br>Speech-Language Pathologist at Valdosta Pediatric Therapy Services<br>Valdosta, GA<br>#1595451<br>roselovettslp@gmail.com<br>2295606600<br>10471: Treating Skill-based Feeding and Swallowing Disorders: Birth to Three<br>Tue, Feb 14, 2023 at 3:0 | ASHA/0.15 Intermediate, Professional; Calif SLPAB/1.5; IACET/0.2; IL EITP/1.5; Kansas LTS-S1370/1.5; SAC/1.5<br>opt-in: none<br>ce rpt: none<br>*Not Reported* | reg: 2023-01-11 (participant) expired<br>view: none<br>no exam<br>eval: none<br>credit: none (n/a) | incomplete: Live Event Over (61)<br>*exam not passed, live event over, registration expired*<br>Not Pending/Transcripts<br>last: 2023-01-11<br>View Edit |
| Victoria Lovett<br>Speech-Language Pathologist at Valdosta Pediatric Therapy Services<br>Valdosta, GA<br>#1595451<br>roselovettslp@gmail.com<br>2295606600<br>10448: Assessing Skill-based Feeding and Swallowing Disorders: Birth to Three<br>Tue, Jan 17, 2023 at 3:0 | ASHA/0.15 Intermediate, Professional; Calif SLPAB/1.5; IACET/0.2; IL EITP/1.5; Kansas LTS-S1370/1.5; SAC/1.5<br>opt-in: none<br>ce rpt: none<br>*Not Reported* | reg: 2023-01-11 (participant) expired<br>view: none<br>no exam<br>eval: none<br>credit: none (n/a) | incomplete: Live Event Over (61)<br>*exam not passed, live event over, registration expired*<br>Not Pending/Transcripts<br>last: 2023-01-11<br>View Edit |